| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: <br> **Northern District of Texas** |
| Case number (if known): _____   Chapter __11__ |

☐ Check if this is an
  amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          **04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

**1. Debtor's name**

**JS&A Fire and Safety LLC**

**2. All other names debtor used
    in the last 8 years**

**JS&A Control Systems**

   Include any assumed names,
   trade names, and *doing business
   as names*

**3. Debtor's federal Employer
    Identification Number (EIN)**

**8 3** – **3 0 6 9 4 5 9**

**4. Debtor's address**

**Principal place of business**

**16531 Addison Rd.**
Number        Street

**Addison, TX 75001**
City                          State     ZIP Code

**Dallas**
County

**Mailing address, if different from principal place of
business**

Number        Street

City                          State     ZIP Code

**Location of principal assets, if different from principal
place of business**

Number        Street

City                          State     ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **JS&A Fire and Safety LLC**                                    Case number *(if known)* _____

Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:* |

❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

❑ Railroad (as defined in 11 U.S.C. §101(44))

❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))

❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))

❑ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

❑   Tax-exempt entity (as described in 26 U.S.C. §501)

❑   Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

❑   Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes .

   ____  ____  ____  ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

❑   Chapter 7

❑   Chapter 9

☑   Chapter 11. *Check all that apply:*

   ☑   Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☑   The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☑   The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ❑   A plan is being filed with this petition.

   ❑   Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ❑   The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ❑   The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❑   Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

❑ Yes.  District _____ When _____ Case number _____
                                        MM / DD / YYYY

        District _____ When _____ Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

❑ Yes.  Debtor _____ Relationship _____

        District _____ When _____
                                                   MM / DD / YYYY

        Case number, if known _____

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page **2**

Debtor    **JS&A Fire and Safety LLC**                                    Case number *(if known)*
          Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>    What is the hazard? _____<br><br>☐  It needs to be physically secured or protected from the weather.<br><br>☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐  Other _____<br><br>**Where is the property?** _____<br>                    Number          Street<br><br>                    _____<br><br>                    _____  _____  _____<br>                    City                      State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.    Insurance agency  _____<br>          Contact name    _____<br>          Phone          _____ |

| | |
|---|---|
| ■ | **Statistical and administrative information** |

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☐ Funds will be available for distribution to unsecured creditors.<br><br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49  ☐ 50-99          ☐ 1,000-5,000 ☐ 5,001-10,000       ☐ 25,001-50,000 ☐ 50,000-100,000<br>☐ 100-199 ☐ 200-999        ☐ 10,001-25,000                ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000                 ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000            ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000           ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million         ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Debtor   __JS&A Fire and Safety LLC__                              Case number *(if known)* _____
     Name

| **16. Estimated liabilities** | ❏ $0-$50,000 | ☑ $1,000,001-$10 million | ❏ $500,000,001-$1 billion |
|---|---|---|---|
| | ❏ $50,001-$100,000 | ❏ $10,000,001-$50 million | ❏ $1,000,000,001-$10 billion |
| | ❏ $100,001-$500,000 | ❏ $50,000,001-$100 million | ❏ $10,000,000,001-$50 billion |
| | ❏ $500,001-$1 million | ❏ $100,000,001-$500 million | ❏ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING --   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **06/17/2026**
          MM/  DD/  YYYY

X   **/s/ James R. Stofer**                                  **James R. Stofer**
  Signature of authorized representative of debtor   Printed name

Title   **President**

**18. Signature of attorney**

X   **/s/ Robert T DeMarco**               Date   **06/17/2026**
  Signature of attorney for debtor                 MM/  DD/  YYYY

**Robert T DeMarco**
Printed name

**DeMarco Mitchell, PLLC**
Firm name

**12770 Coit Road, Suite 850**
Number      Street

**Dallas**                                  **TX**        **75251**
City                                        State       ZIP Code

**(972) 991-5591**                          **robert@demarcomitchell.com**
Contact phone                               Email address

**24014543**                                **TX**
Bar number                                  State

Fill in this information to identify the case:

Debtor Name **JS&A Fire and Safety LLC**

United States Bankruptcy Court for the: **Northern** District of **Texas**
(State)

Case number (If known):

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Bank of America** | **Checking account** | **0 5 0 8** | **$331.19** |
| 3.2. | **Chase** | **Checking account** | **5 7 6 2** | **$690.77** |

4. **Other cash equivalents** *(Identify all)*

   4.1

   4.2

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **$1,021.96**

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

Debtor    **JS&A Fire and Safety LLC**                                    Case number *(if known)* _____
            Name

| | | |
|---|---|---|
| 7.1 **Global Realty Resources** | | **$1,888.00** |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1    _____    _____

8.2    _____    _____

9.    **Total of Part 2**                                                    **$1,888.00**

Add lines 7 through 8. Copy the total to line 81.

### Part 3:    Accounts receivable

10.    **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

11.    **Accounts receivable**

11a. 90 days old or less:    **unknown** - **unknown** =.....➜    **$24,447.54**

            face amount            doubtful or uncollectible accounts

11b. Over 90 days old:    **unknown** - **unknown** =.....➜    **$10,791.60**

            face amount            doubtful or uncollectible accounts

12.    **Total of Part 3**                                                    **$35,239.14**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

### Part 4:    Investments

13.    **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14.    **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1    _____    _____    _____

14.2    _____    _____    _____

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                            % of ownership:

15.1.    _____    _____    _____    _____

15.2.    _____    _____    _____    _____

Debtor     **JS&A Fire and Safety LLC**                                    Case number *(if known)* _____
           _____
           Name

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____     _____   _____

    16.2 _____     _____   _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.

    ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|
| **19. Raw materials** | MM / DD / YYYY | | | |
| **20. Work in progress** | MM / DD / YYYY | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| Security & Fire Equipment | MM / DD / YYYY | unknown | Cost | $24,715.01 |
| **22. Other inventory or supplies** | MM / DD / YYYY | | | |

23. **Total of Part 5**                                                                    $24,715.01

    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|---------------------------------------------------------------------------------|

Debtor **JS&A Fire and Safety LLC**

Name

Case number *(if known)* _____

---

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.

    ☐ Yes. Fill in the information below.

    | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|---|
    | 28. **Crops—either planted or harvested** | | | |
    | 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
    | 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
    | 31. **Farm and fishing supplies, chemicals, and feed** | | | |
    | 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**

    Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

      ☐ No

      ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☑ Yes. Fill in the information below.

---

Debtor    **JS&A Fire and Safety LLC**                                    Case number *(if known)* _____
Name

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br><br>Desks, Chairs, Tables | unknown | | $1,500.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br><br>Computers & Equipment | unknown | | $5,000.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | | | |
| 42.2 _____ | | | |
| 42.3 _____ | | | |
| 43. **Total of Part 7**<br><br>Add lines 39 through 42. Copy the total to line 86. | | | $6,500.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2024 Chevrolet Silverado 1500 / VIN:**<br>**1GCRDAED6RZ196175** | unknown | | $36,000.00 |
| 47.2 **2024 Chevrolet Silverado 1500 / VIN:**<br>**1GCRDAED4RZ193758** | unknown | | $36,000.00 |

Debtor     **JS&A Fire and Safety LLC**                         Case number *(if known)* _____
           Name

48.   **Watercraft, trailers, motors, and related accessories** Examples:
      Boats, trailers, motors, floating homes, personal watercraft, and fishing
      vessels

      48.1 _____    _____  _____  _____

      48.2 _____    _____  _____  _____

49.   **Aircraft and accessories**

      49.1 _____    _____  _____  _____

      49.2 _____    _____  _____  _____

50.   **Other machinery, fixtures, and equipment (excluding farm
      machinery and equipment)**

      _____    _____  _____  _____

51.   **Total of Part 8**

      Add lines 47 through 50. Copy the total to line 87.                      | **$72,000.00** |

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**

      ☑ No

      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

      ☑ No

      ☐ Yes

## Part 9:     Real property

54.   **Does the debtor own or lease any real property?**

      ☑ No. Go to Part 10.

      ☐ Yes. Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56.   **Total of Part 9**

      Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.          | _____ |

Debtor    **JS&A Fire and Safety LLC**                                    Case number *(if known)* _____
          Name

---

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**

      ❏ No

      ❏ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

      ❏ No

      ❏ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59.   **Does the debtor have any interests in intangibles or intellectual property?**

      ❏ No. Go to Part 11.

      ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| www.jsacontrols.com | unknown | | unknown |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| Monitoring Contracts | unknown | | unknown |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66.   **Total of Part 10**

      Add lines 60 through 65. Copy the total to line 89.

      | |
      |---|
      | _____ |

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

      ☑ No

      ❏ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

      ☑ No

      ❏ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

      ☑ No

      ❏ Yes

| Part 11: | All other assets |
|---|---|

---

Official Form 206A/B                **Schedule A/B: Assets — Real and Personal Property**                page **7**

Debtor      **JS&A Fire and Safety LLC**                                    Case number *(if known)* _____
                     Name

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.

    ☑ Yes. Fill in the information below.

                                                                                            **Current value of
                                                                                            debtor's interest**

71. **Notes receivable**

    Description (include name of obligor)

    _____     _____ – _____ =➔  _____
                                  Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    **Employee Retention Credit(ERC)(denied originally, resubmitted        Tax year _____          **$33,556.18**
    02/11/2026)**

73. **Interests in insurance policies or annuities**

    _____                                                          _____

74. **Causes of action against third parties (whether or not a lawsuit has
    been filed)**

    _____                                                          _____

    **Nature of claim**        _____

    **Amount requested**       _____

75. **Other contingent and unliquidated claims or causes of action of
    every nature, including counterclaims of the debtor and rights to
    set off claims**

    _____                                                          _____

    **Nature of claim**        _____

    **Amount requested**       _____

76. **Trusts, equitable or future interests in property**

    _____                                                          _____

77. **Other property of any kind not already listed** *Examples:* Season
    tickets, country club membership

    _____                                                          _____

    _____                                                          _____

78. **Total of Part 11**                                                        **$33,556.18**
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

---

Debtor      **JS&A Fire and Safety LLC**

Name

Case number *(if known)* _____

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,021.96 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,888.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $35,239.14 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $24,715.01 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $6,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $72,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................... ➜ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $33,556.18 | |
| 91. **Total.** *Add lines 80 through 90 for each column.*...........................91a. | $174,920.29 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..................................................................................................... | | $174,920.29 |

Fill in this information to identify the case:

Debtor name **JS&A Fire and Safety LLC**

United States Bankruptcy Court for the: **Northern** District of **Texas**
(State)

Case number (if known):

❑ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ❑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|

**2.1 Creditor's name**

Ally

**Creditor's mailing address**

PO Box 380902

Minneapolis, MN 55438

**Creditor's email address, if known**

**Date debt was incurred** 10/25/2024

**Last 4 digits of account number** 2 3 2 1

**Do multiple creditors have an interest in the same property?**
☑ No
❑ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

2024 Chevrolet Silverado 1500

**$39,148.86**     **$36,000.00**

**Describe the lien**

Purchase Money

**Is the creditor an insider or related party?**
☑ No
❑ Yes

**Is anyone else liable on this claim?**
☑ No
❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**
    **$677,305.45**

Debtor **JS&A Fire and Safety LLC**

Name

Case number (if known) _____

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2** **Creditor's name**

Ally

**Creditor's mailing address**

PO Box 380902

Minneapolis, MN 55438

**Creditor's email address, if known**

_____

**Date debt was incurred** **10/01/2024**

**Last 4 digits of account** **2 4 2 4**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

❏ Yes. Have you already specified the relative priority?

❏ No. Specify each creditor, including this creditor, and its relative priority.

_____

_____

❏ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2024 Chevrolet Silverado 1500

**Describe the lien**

Purchase Money

**Is the creditor an insider or related party?**

☑ No

❏ Yes

**Is anyone else liable on this claim?**

☑ No

❏ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

❏ Contingent

❏ Unliquidated

❏ Disputed

$37,538.17        $36,000.00

Debtor     **JS&A Fire and Safety LLC**                                                Case number (if known) _____
           Name

| Part 1: | Additional Page | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.3  Creditor's name**

**Cadence Bank/Huntington Bank**

**Creditor's mailing address**

**2651 N. Harwood St. Ste. 150**

**Dallas, TX 75201**

**Creditor's email address, if known**

_____

**Date debt was incurred**      **3/12/20**

**Last 4 digits of account      2  6  7  2**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

❑ Yes. Have you already specified the
      relative priority?

   ❑ No.  Specify each creditor, including
           this creditor, and its relative
           priority.

           _____

           _____

   ❑ Yes. The relative priority of creditors
          is specified on lines _____

**Remarks:**  Line of Credit - turned into loan

**Describe debtor's property that is subject to a lien**

Accounts receivable under 90 days, Accounts
receivable over 90 days, Computers & Equipment,
Desks, Chairs, Tables, Security & Fire Equipment

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

❑ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❑ Contingent

❑ Unliquidated

❑ Disputed

Column A: **$147,896.59**     Column B: **$66,454.15**

Debtor   **JS&A Fire and Safety LLC**
_____
Name

Case number (if known) _____

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.4** **Creditor's name**

**CESC-COVID EIDL SERVICE CENTER**
_____

**Creditor's mailing address**

**14925 Kingsport Rd**
_____

**Fort Worth, TX 76155**
_____

**Creditor's email address, if known**
_____

**Date debt was incurred**   **10/21/2021**

**Last 4 digits of account number**   **9  1  0  6**

**Do multiple creditors have an interest in the same property?**

☑ No

❏ Yes. Have you already specified the relative priority?

  ❏ No.  Specify each creditor, including this creditor, and its relative priority.
  _____
  _____

  ❏ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
_____
_____
_____

**Describe the lien**

**Blanket Lien**
_____

**Is the creditor an insider or related party?**

☑ No
❏ Yes

**Is anyone else liable on this claim?**

☑ No
❏ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

| | |
|---|---|
| **$153,141.70** | **unknown** |

Debtor   **JS&A Fire and Safety LLC**

Name

Case number (if known) _____

---

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.5 Creditor's name**

**Dallas County**

**Creditor's mailing address**

**C/O Linebarger, Goggan, et al.**

**3500 Maple Avenue Suite 800**

**Dallas, TX 75219**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

❏ Yes. Have you already specified the relative priority?

　❏ No.  Specify each creditor, including this creditor, and its relative priority.

　　　_____

　❏ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**$1,667.45**      **unknown**

**Describe the lien**

**Property Taxes**

**Is the creditor an insider or related party?**

☑ No

❏ Yes

**Is anyone else liable on this claim?**

☑ No

❏ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

❏ Contingent

❏ Unliquidated

❏ Disputed

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page __5__ of __8__

Debtor    **JS&A Fire and Safety LLC**
_____    Case number (if known) _____
    Name

| | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |

**Part 1:**    Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.6** **Creditor's name**

**Intergrated Business Applications, LLC**

**Creditor's mailing address**

**14580 E. Beltwood Pkwy, Ste:106**

**Dallas, TX 75244**

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account** __ __ __ __
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

❑ Yes. Have you already specified the relative priority?

  ❑ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

  _____

  ❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
_____
_____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

☑ No

❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❑ Contingent

❑ Unliquidated

❑ Disputed

Column A: **unknown**

Column B: **unknown**

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page **6** of **8**

Debtor **JS&A Fire and Safety LLC** _____ Case number (if known) _____

Name

| | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Part 1:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.7** **Creditor's name**

**Newtek Bank NA**

**Creditor's mailing address**

**200 S. Orange Ave, 1175**

**Orlando, FL 32801**

**Creditor's email address, if known**

_____

**Date debt was incurred** **02/2025**

**Last 4 digits of account number** **9 1 0 2**

**Do multiple creditors have an interest in the same property?**

☑ No

❑ Yes. Have you already specified the relative priority?

   ❑ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ❑ Yes. The relative priority of creditors is specified on lines \_\_\_\_\_

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

**Blanket Lien**

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

❑ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

❑ Contingent

❑ Unliquidated

❑ Disputed

**$296,323.11**       **unknown**

Debtor    **JS&A Fire and Safety LLC**

Name

Case number (if known) _____

| | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|

**Part 1:**    Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.8   Creditor's name**

**Paypal/Loan Builder - MRS BPO, LLC**

**Creditor's mailing address**

**402 Lippincott Dr**

**Marlton, NJ 08053**

**Creditor's email address, if known**

_____

**Date debt was incurred**          **11/22**

**Last 4 digits of account**    **6   0   4   1**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Loanbuilder #A00726948

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$1,589.57**          **unknown**

**Fill in this information to identify the case:**

Debtor name _____**JS&A Fire and Safety LLC**_____

United States Bankruptcy Court for the:
_____**Northern District of Texas**_____

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.   Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.   List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|

**2.1** **Priority creditor's name and mailing address**

**Dallas County Tax Office John R. Ames**

**500 Elm Street, Suite 3300**

**Dallas, TX 75202**

**Date or dates debt was incurred**

**2025**

**Last 4 digits of account number  0  0  0  0**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)  **(8)**

**Remarks:** Property TAX

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$1,667.45**     Priority amount: **$1,667.45**

---

**2.3** **Priority creditor's name and mailing address**

**Internal Revenue Service**

**Mail Code 5027-DAL**

**1100 Commerce St. MS 5141 Room 1035**

**Dallas, TX 75242**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number  9  4  9  5**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)  **(8)**

**Remarks:** Payroll Taxes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$16,435.63**     Priority amount: **$16,435.63**

Debtor      **JS&A Fire and Safety LLC**                                    Case number *(if known)* _____
              Name

---

**Part 1:** Additional Page

**2.5** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $4,791.97          $4,791.97

**Texas State Comptroller/Texas Attorney General**

**PO Box 149359**

**Austin, TX 78714-9359**

*Check all that apply.*
❑  Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the Claim:**

**Sales Tax**

**Last 4 digits of account number  3   8   -   6**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)  **(8)**

---

Debtor   **JS&A Fire and Safety LLC**                                      Case number *(if known)* _____

Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**

**34ED,LLC dba CENTEGIX**

**2120 Powers Ferry Rd SE, Suite 110**

**Atlanta, GA 30339**

As of the petition filing date, the claim is:

*Check all that apply.*

❑ Contingent

❑ Unliquidated

❑ Disputed

**$298,210.14**

Date or dates debt was incurred   **8/24**

Last 4 digits of account number   **S  &  A  "**

Basis for the claim: _____

Is the claim subject to offset?

☑ No

❑ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**

**American Fire Protection**

**10575 Vista Park Road**

**Dallas, TX 75238**

As of the petition filing date, the claim is:

*Check all that apply.*

❑ Contingent

❑ Unliquidated

❑ Disputed

**$3,735.00**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Basis for the claim: **Vendor**

Is the claim subject to offset?

☑ No

❑ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**

**Anixter**

**2301 Patriot Blvd.**

**Glenview, IL 60026**

As of the petition filing date, the claim is:

*Check all that apply.*

❑ Contingent

❑ Unliquidated

❑ Disputed

**$33,598.58**

Date or dates debt was incurred   **08/05/2025**

Last 4 digits of account number   **8  2  0  5**

Basis for the claim: **Vendor**

Is the claim subject to offset?

☑ No

❑ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**

**Baze & Company CPAs**

**12900 Preston Rd., #306**

**Dallas, TX 75230**

As of the petition filing date, the claim is:

*Check all that apply.*

❑ Contingent

❑ Unliquidated

❑ Disputed

**$850.00**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Basis for the claim: **Vendor**

Is the claim subject to offset?

☑ No

❑ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                page 3 of 11

Debtor　**JS&A Fire and Safety LLC**　　　　　　　　　　　　　　　　　　Case number *(if known)*

Name

---

**Part 2:** Additional Page

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$834.00** |
| | **Best Wire & Cable** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **1343 Exchange Dr.** | ☐ Unliquidated | |
| | **Richardson, TX 75081** | ☐ Disputed | |
| | | **Basis for the claim:** **Vendor** | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number — — — — | ☑ No ☐ Yes | |

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$8,574.00** |
| | **Bitty/MCA Servicing LLC** | *Check all that apply.* | |
| | | ☑ Contingent | |
| | **1855 Griffin Rd., STE A474** | ☑ Unliquidated | |
| | **Dania, FL 33004** | ☑ Disputed | |
| | | **Basis for the claim:** **MCA** | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number — — — — | ☑ No ☐ Yes | |

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$30,423.00** |
| | **Cadence Bank** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **201 S. Spring St.** | ☐ Unliquidated | |
| | **Tupelo, MS 38804-4811** | ☐ Disputed | |
| | | **Basis for the claim:** **Revolving Debt** | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number — — — — | ☑ No ☐ Yes | |

**Remarks:** 5475568000140872 2,686.13
　　　　5475568000148056 7,445.23
　　　　5475568000143082 6,966.45
　　　　5475568000142530 5,290.32
　　　　5475568000148031 8,034.86

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$40,871.89** |
| | **EV Passport LLC** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **3130 Wilshire Blvd., Ste:340** | ☐ Unliquidated | |
| | **Santa Monica, CA 90404** | ☐ Disputed | |
| | | **Basis for the claim:** **Vendor** | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number — — — — | ☑ No ☐ Yes | |

---

Debtor   **JS&A Fire and Safety LLC**                                    Case number *(if known)* _____
    Name

**Part 2:** Additional Page

| | |
|---|---|

**3.9** **Nonpriority creditor's name and mailing address**

**GoTo Communications,Inc**

**333 Summer Street, 5th Floor**

**Boston, MA 02210**

Date or dates debt was incurred  _____

Last 4 digits of account number  **2 0 0 5**

**As of the petition filing date, the claim is:**   $302.04
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.10** **Nonpriority creditor's name and mailing address**

**Integrated Business Applications, LLC**

**14580 E. Beltwood Pkwy, Ste:106**

**Dallas, TX 75244**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**   unknown
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.11** **Nonpriority creditor's name and mailing address**

**James Stofer**

**3904 Walden Way**

**Dallas, TX 75287**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**   $76,572.14
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Short Term Loan**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.12** **Nonpriority creditor's name and mailing address**

**MC2 Energy Management Inc**

**400 Cameron Station Blvd., Unit 417**

**Alexandria, VA 22304**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**   $57,290.42
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

Debtor **JS&A Fire and Safety LLC**  Case number *(if known)*
Name

---

**Part 2:** Additional Page

| | | |
|---|---|---|
| **3.13** **Nonpriority creditor's name and mailing address**<br>**Paul Stofer**<br><br>**1216 Excellence Dr.**<br>**Wylie, TX 75098**<br><br>Date or dates debt was incurred<br>Last 4 digits of account number — — — — | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>❑ Contingent<br>❑ Unliquidated<br>❑ Disputed<br><br>**Basis for the claim:** **Short Term Loan**<br><br>**Is the claim subject to offset?**<br>☑ No<br>❑ Yes | $5,000.00 |
| **3.14** **Nonpriority creditor's name and mailing address**<br>**Pine Advance LLC**<br><br>**4601 Sheridan St., Ste:300**<br>**Hollywood, FL 33021**<br><br>Date or dates debt was incurred<br>Last 4 digits of account number — — — — | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** **MCA**<br><br>**Is the claim subject to offset?**<br>☑ No<br>❑ Yes | $4,179.27 |
| **3.15** **Nonpriority creditor's name and mailing address**<br>**ProActive Security Solutions**<br><br>**1300 NW 10th Ter**<br>**Newcastle, OK 73065**<br><br>Date or dates debt was incurred<br>Last 4 digits of account number — — — — | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>❑ Contingent<br>❑ Unliquidated<br>❑ Disputed<br><br>**Basis for the claim:** **Vendor**<br><br>**Is the claim subject to offset?**<br>☑ No<br>❑ Yes | $6,632.10 |
| **3.16** **Nonpriority creditor's name and mailing address**<br>**QFS Capital, LLC**<br><br>**7901 4th St. N STE:13070**<br>**Saint Petersburg, FL 33702**<br><br>Date or dates debt was incurred<br>Last 4 digits of account number — — — — | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** **MCA**<br><br>**Is the claim subject to offset?**<br>☑ No<br>❑ Yes | $60,242.04 |

Debtor   **JS&A Fire and Safety LLC**                                        Case number *(if known)* _____
         Name

## Part 2: Additional Page

| | |
|---|---|
| **3.17 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.17** **Nonpriority creditor's name and mailing address**

**Radionix**

**130 Perinton Rkwy**

**Fairport, NY 14450**

Date or dates debt was incurred _____

Last 4 digits of account number   **8  7  3  0**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

$1,793.60

---

**3.18** **Nonpriority creditor's name and mailing address**

**Resideo LLC dba ADI Global Distribution**

**Avenida Palmira No 351. 5to Piso**

**San Antonio, TX 78295**

Date or dates debt was incurred   **02/05/2025**

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

$150,611.72

---

**3.19** **Nonpriority creditor's name and mailing address**

**Southwest Disptatch**

**851 International Pkwy**

**Richardson, TX 75081**

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

$14,829.50

---

**3.20** **Nonpriority creditor's name and mailing address**

**Stacey Crane**

**7611 Rolling Acres Dr.**

**Dallas, TX 75248**

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Short Term Loan**

**Is the claim subject to offset?**
☑ No
❑ Yes

$24,780.70

---

Debtor    **JS&A Fire and Safety LLC**                                    Case number *(if known)* _____
          Name

| Part 2: | Additional Page |
|---------|-----------------|

**3.21** | Nonpriority creditor's name and mailing address

**Sure Payroll\ Paychex**

**2350 Ravine Way Suite 100**

**Glenview, IL 60025**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim:    **Vendor**

Is the claim subject to offset?
☑ No
❑ Yes

$14,594.00

---

**3.22** | Nonpriority creditor's name and mailing address

**The Interlocal Purchasing System(TIPS)**

**4845 US Hwy 271 N**

**Pittsburg, TX 75686**

Date or dates debt was incurred    _____

Last 4 digits of account number    **9  1  3  2**

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim:    **Vendor**

Is the claim subject to offset?
☑ No
❑ Yes

$2,084.29

---

**3.23** | Nonpriority creditor's name and mailing address

**Tucker, Albin, and Associates**

**1702 N. Collins Blvd., Ste 100**

**Richardson, TX 75080**

Date or dates debt was incurred    _____

Last 4 digits of account number    **3  8  0  6**

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim:    **Vendor**

Is the claim subject to offset?
☑ No
❑ Yes

$328.01

---

**3.24** | Nonpriority creditor's name and mailing address

**Valencia Financial Corp.**

**325 S Biscayne Blvd.**

**Miami, FL 33131**

Date or dates debt was incurred    **11/18/25**

Last 4 digits of account number    **t  e  m  s**

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim:    _____

Is the claim subject to offset?
☑ No
❑ Yes

$34,000.00

---

Debtor **JS&A Fire and Safety LLC** _____ Case number *(if known)* _____

Name

<div style="background:black;color:white;display:inline-block;">Part 2:</div> Additional Page

**3.25** | **Nonpriority creditor's name and mailing address**

**Verkada** _____

**406 E 3rd Ave.,** _____

**San Mateo, CA 94401** _____

Date or dates debt was incurred  **09/24/2025**

Last 4 digits of account number  **5  2  8  8**

**As of the petition filing date, the claim is:**  **$3,642.50**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.26** | **Nonpriority creditor's name and mailing address**

**Vertex Lending LLC** _____

**Vertex Lending LLC** _____

**Salt Lake City, UT 84101** _____

Date or dates debt was incurred  _____

Last 4 digits of account number  — — — —

**As of the petition filing date, the claim is:**  **$19,500.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  **MCA**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **JS&A Fire and Safety LLC**                                        Case number *(if known)* _____
          Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **AG Adjustments, Ltd.**<br>**1 Huntington Quadrangle Ste. 4N15**<br>**Melville, NY 11747** | Line **3.18**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2 **Atlus Receivables Management**<br>**PO Box 786**<br>**Metairie, LA 70004** | Line **3.25**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3 **The Leviton Law Firm, Ltd.**<br>**One Pierce Palce Ste. 725W**<br>**Itasca, IL 60143** | Line **3.25**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4 **Wagner, Falconer & Judd, LTD**<br>**100 South Fifth St., Suite 800**<br>**Minneapolis, MN 55402** | Line **3.3**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor     **JS&A Fire and Safety LLC**                                    Case number *(if known)*
                 Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | **$22,895.05** |
| 5b.  **Total claims from Part 2** | 5b.  **+** | **$893,478.94** |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$916,373.99** |

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page 11 of 11

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **JS&A Fire and Safety LLC** |
| United States Bankruptcy Court for the: | **Northern** District of **Texas** (State) |
| Case number (If known): | Chapter **11** |

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** — **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Month to Month Office Lease | Global Realty Resources |
| | State the term remaining | 0 months | 4501 Sunbelt Dr., Suite B |
| | List the contract number of any government contract | | Addison, TX 75001 |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **JS&A Fire and Safety LLC** |
| United States Bankruptcy Court for the: | **Northern** District of **Texas** (State) |
| Case number (If known): | |

☐ Check if this is an amended filing

# Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.1 James Stofer** | **3904 Walden Way** <br> Street <br><br> **Dallas, TX 75287** <br> City   State   ZIP Code | **Newtek Bank NA** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Cadence Bank/Huntington Bank** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Pine Advance LLC** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **QFS Capital, LLC** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **Bitty/MCA Servicing LLC** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **Vertex Lending LLC** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **Cadence Bank** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.2 Stofer, James** | **3904 Walden Way** <br> Street <br><br> **Dallas, TX 75287** <br> City   State   ZIP Code | **Newtek Bank NA** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Cadence Bank/Huntington Bank** | ☑ D <br> ☐ E/F <br> ☐ G |

Debtor    **JS&A Fire and Safety LLC**                                    Case number (if known) _____
          Name

| ▮ | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | **Pine Advance LLC** | ❏ D  ☑ E/F  ❏ G |
| | | **QFS Capital, LLC** | ❏ D  ☑ E/F  ❏ G |
| | | **Bitty/MCA Servicing LLC** | ❏ D  ☑ E/F  ❏ G |
| | | **Vertex Lending LLC** | ❏ D  ☑ E/F  ❏ G |
| | | **Cadence Bank** | ❏ D  ☑ E/F  ❏ G |

| 2.3 | _____ | _____ Street _____ _____ City  State  ZIP Code | _____ | ❏ D  ❏ E/F  ❏ G |
| 2.4 | _____ | _____ Street _____ _____ City  State  ZIP Code | _____ | ❏ D  ❏ E/F  ❏ G |
| 2.5 | _____ | _____ Street _____ _____ City  State  ZIP Code | _____ | ❏ D  ❏ E/F  ❏ G |
| 2.6 | _____ | _____ Street _____ _____ City  State  ZIP Code | _____ | ❏ D  ❏ E/F  ❏ G |

Fill in this information to identify the case:

Debtor name         **JS&A Fire and Safety LLC**

United States Bankruptcy Court for the:

        **Northern District of Texas**

Case number (if known): _____ Chapter __**11**__

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals    **12/15**

## Part 1: Summary of Assets

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

   1a. **Real Property:**

      Copy line 88 from *Schedule A/B*...............................................................................................................    **$0.00**

   1b. **Total personal property:**

      Copy line 91A from *Schedule A/B*...........................................................................................    **$174,920.29**

   1c. **Total of all property:**

      Copy line 92 from *Schedule A/B*.............................................................................................    **$174,920.29**

## Part 2: Summary of Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................    **$677,305.45**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

      Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................    **$22,895.05**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................................    **+**    **$893,478.94**

4. **Total liabilities**....................................................................................................................................    **$1,593,679.44**

   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name           **JS&A Fire and Safety LLC**

United States Bankruptcy Court for the:
          **Northern District of Texas**

Case number (if known): _____

❑ Check if this is an
amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

❑ *Amended Schedule* _____

❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration  **Equity Security Holders** _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **06/17/2026**
              MM/  DD/  YYYY

**X** **/s/ James R. Stofer** _____
Signature of individual signing on behalf of debtor

 **James R. Stofer** _____
Printed name

 **President** _____
Position or relationship to debtor

Official Form B202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:                                                          CHAPTER  **11**
**JS&A Fire and Safety LLC**

DEBTOR(S)                                                       CASE NO

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **James R. Stofer**<br>3904 Walden Way<br>Dallas, TX 75287 | Interest | 100% | Member |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**President**_____ of the _____**Public Corporation**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **06/17/2026**_____          Signature: **/s/ James R. Stofer**_____
                                                                    *James R. Stofer, President*

Fill in this information to identify the case:

Debtor name _____**JS&A Fire and Safety LLC**_____

United States Bankruptcy Court for the:
_____**Northern District of Texas**_____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/25**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2026** to Filing date<br>MM/ DD/ YYYY | | ☑ Operating a business<br>☐ Other _____ | **$187,442.00** |
| **For prior year:** | From **01/01/2025** to **12/31/2025**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | | ☑ Operating a business<br>☐ Other _____ | **$745,428.00** |
| **For the year before that:** | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | | ☑ Operating a business<br>☐ Other _____ | **$1,389,268.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2026** to Filing date<br>MM/ DD/ YYYY | | _____ | _____ |
| **For prior year:** | From **01/01/2025** to **12/31/2025**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | | _____ | _____ |
| **For the year before that:** | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | | _____ | _____ |

Debtor   **JS&A Fire and Safety LLC**                                          Case number *(if known)* _____
          Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **QFS Capital LLC,** <br> Creditor's name <br> **7901 4th Street N., STE 13070** <br> Street <br><br> **Saint Petersburg, FL 33702** <br> City          State      ZIP Code | **39 payments of $433.13** | **$16,025.81** | ❑ Secured debt <br> ☑ Unsecured loan repayments <br> ❑ Suppliers or vendors <br> ❑ Services <br> ❑ Other _____ |
| 3.2. **Pine Advance LLC** <br> Creditor's name <br> **4601 Sheridan St., Ste:300** <br> Street <br><br> **Hollywood, FL 33021** <br> City          State      ZIP Code | **5 payments, 3@1250 and 2@1025.00** <br><br> **3 payments @ 750.00** | **$8,050.00** | ❑ Secured debt <br> ☑ Unsecured loan repayments <br> ❑ Suppliers or vendors <br> ❑ Services <br> ❑ Other _____ |
| 3.3. **Valencia Financial Corp.** <br> Creditor's name <br> **325 S Biscayne Blvd.** <br> Street <br><br> **Miami, FL 33131** <br> City          State      ZIP Code | **03/03/2026** <br><br> **7 payments last date 05/22/2026** | **$13,500.00** | ❑ Secured debt <br> ☑ Unsecured loan repayments <br> ❑ Suppliers or vendors <br> ❑ Services <br> ❑ Other _____ |
| 3.4. **Southwest Disptatch** <br> Creditor's name <br><br> Street <br><br> City          State      ZIP Code | **3 payments ending 04/17/2026** <br><br> **04/24/2026** <br><br> **05/22/2026** | **$14,662.39** | ❑ Secured debt <br> ❑ Unsecured loan repayments <br> ☑ Suppliers or vendors <br> ❑ Services <br> ❑ Other _____ |
| 3.5. **Global Realty Resources** <br> Creditor's name <br> **4501 Sunbelt Dr., Suite B** <br> Street <br><br> **Addison, TX 75001** <br> City          State      ZIP Code | **03/23/2026** <br><br> **04/01/2026** <br><br> **05/29/2026** | **$22,269.29** | ❑ Secured debt <br> ❑ Unsecured loan repayments <br> ❑ Suppliers or vendors <br> ❑ Services <br> ☑ Other **Rent** |

Debtor **JS&A Fire and Safety LLC**
 Name

Case number *(if known)* _____

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

❏ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **James Stofer** <br> Creditor's name <br><br> **3904 Walden Way** <br> Street <br><br><br> **Dallas, TX 75287** <br> City State ZIP Code <br><br> Relationship to debtor | _____ | **$176,297.86** | _____ |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ <br> Creditor's name <br><br> Street <br><br><br> City State ZIP Code | _____ | _____ | _____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ <br> Creditor's name <br><br> Street <br><br><br> City State ZIP Code | XXXX– __ __ __ __ | _____ | _____ |

Debtor   **JS&A Fire and Safety LLC** _____  Case number *(if known)* _____
          Name

## Part 3:  Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|------|------------|----------------|-------------------------------------|----------------|
|      | _____ | _____ |                                     | ☐ Pending |
|      |            |                | Name                                | ☐ On appeal |
|      | **Case number** |           |                                     | ☐ Concluded |
|      |            |                | Street                              |                |
|      | _____ |                |                                     |                |
|      |            |                | City          State     ZIP Code    |                |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|------|------------------------------|-----------------------------|-------|
|      | Custodian's name |                          |                         |
|      |                  | **Case title**           | **Court name and address** |
|      | Street           |                          | Name                    |
|      |                  | **Case number**          | Street                  |
|      | City    State   ZIP Code |                  |                         |
|      |                  | **Date of order or assignment** | City    State   ZIP Code |

## Part 4:  Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------|------------------------------|-------------------------------------------|-------------|-------|
|      | Recipient's name |                                       |             |       |
|      | Street           |                                       |             |       |
|      | City    State   ZIP Code |                               |             |       |
|      | **Recipient's relationship to debtor** |                 |             |       |

Debtor  **JS&A Fire and Safety LLC**  Case number *(if known)* _____
Name

## Part 5: Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|

10.1.

## Part 6: Certain Payments or Transfers

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

11.1.

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **DeMarco Mitchell, PLLC** | **Attorney's Fee** | **6/15/2026** | **$10,000.00** |

**Address**

**12770 Coit Road, Suite 850**
Street

**Dallas, TX 75251**
City                State    ZIP Code

**Email or website address**

**robert@demarcomitchell.com**

**Who made the payment, if not debtor?**

**12.  Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

12.1.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**Trustee**

Official Form 207  **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**  page **5**

Debtor  **JS&A Fire and Safety LLC**                                    Case number *(if known)* _____
        Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | **Who received the transfer?** | **Description of property transferred or payments received or debts paid in exchange** | **Date transfer was made** | **Total amount or value** |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City            State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:**  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| **Address** | **Dates of occupancy** |
|---|---|
| 14.1. _____ | From _____  To _____ |
| Street | |
| _____ | |
| City            State      ZIP Code | |

---

**Part 8:**  Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

---

Official Form 207            **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**            page **6**

Debtor __JS&A Fire and Safety LLC_____ Case number *(if known)* _____
        Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1.

_____        _____        _____
Facility name

_____
Street

| | Location where patient records are maintained(if different from facility address). If electronic, identify any service provider. | How are records kept? |
|---|---|---|

_____                                                               *Check all that apply:*
City            State    ZIP Code

_____        ❏ Electronically

_____        ❏ Paper

---

### Part 9:  Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

❏ Yes. State the nature of the information collected and retained. _____

   Does the debtor have a privacy policy about that information?

   ❏ No

   ❏ Yes

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

❏ Yes. Does the debtor serve as plan administrator?

   ❏ No. Go to Part 10.

   ❏ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|

   _____        EIN:  _ _ – _ _ _ _ _ _ _

   Has the plan been terminated?

   ❏ No

   ❏ Yes

---

### Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

❏ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 **Cadence Bank/Huntington Bank**<br>Name<br>**2651 N. Harwood St. Ste. 150**<br>Street<br><br>**Dallas, TX 75201**<br>City       State   ZIP Code | XXXX– **2  0  9  7** | ☑ Checking<br>❏ Savings<br>❏ Money market<br>❏ Brokerage<br>❏ Other<br>――――― | **03/31/2026** | **$0.00** |

Official Form 207            **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**            page **7**

Debtor   **JS&A Fire and Safety LLC**                                          Case number *(if known)*
                Name

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ❑ No |
| | Name | | | ❑ Yes |
| | Street | | | |
| | | Address | | |
| | City          State     ZIP Code | | | |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ❑ No |
| | Name | | | ❑ Yes |
| | Street | | | |
| | | Address | | |
| | City          State     ZIP Code | | | |

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | _____ |
| Name | | | |
| Street | | | |
| | | | |
| City          State     ZIP Code | | | |

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Debtor   **JS&A Fire and Safety LLC**                                                              Case number *(if known)*
                Name

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | _____ Name | _____ | ☐ Pending |
| **Case number** | _____ Street | _____ | ☐ On appeal |
| _____ | _____ | _____ | ☐ Concluded |
| | _____ City          State    ZIP Code | _____ | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | _____ | _____ |
| _____ Street | _____ Street | _____ | |
| _____ City          State    ZIP Code | _____ City          State    ZIP Code | _____ | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | _____ | _____ |
| _____ Street | _____ Street | _____ | |
| _____ City          State    ZIP Code | _____ City          State    ZIP Code | _____ | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **9**

Debtor    **JS&A Fire and Safety LLC**
Name    Case number *(if known)* _____

| Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |

25.1. _____    _____    EIN: __ __ – __ __ __ __ __ __ __

Name

_____

Street    **Dates business existed**

_____

_____    From _____    To _____

City            State    ZIP Code

---

**26. Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Joe Baze CPA** | From _____ To _____ |
| Name | |
| **12900 Preston Rd., Suite 306** | |
| Street | |
| | |
| **Dallas, TX 75230** | |
| City            State            ZIP Code | |

| Name and address | Dates of service |
|---|---|
| 26a.2. **Stacey Crane - Office Manager, Bookkeeper** | From _____ To _____ |
| Name | |
| **7611 Rolling Acres Dr.** | |
| Street | |
| | |
| **Dallas, TX 75248** | |
| City            State            ZIP Code | |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. **Joe Baze CPA** | From _____ To _____ |
| Name | |
| **12900 Preston Rd., Suite 306** | |
| Street | |
| | |
| **75230** | |
| City            State            ZIP Code | |

| Name and address | Dates of service |
|---|---|
| 26b.2. **Stacey Crane - Office Manager, Bookkeeper** | From _____ To _____ |
| Name | |
| **7611 Rolling Acres Dr.** | |
| Street | |
| | |
| **Dallas, TX 75248** | |
| City            State            ZIP Code | |

---

Debtor  **JS&A Fire and Safety LLC**                                    Case number *(if known)* _____
Name

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.

**James Stofer**
Name

**3904 Walden Way**
Street

_____

**Dallas, TX 75287**
City                    State              ZIP Code

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.

**Stacey Crane - Office Manager, Bookkeeper**
Name

**7611 Rolling Acres Dr.**
Street

_____

**75248**
City                    State              ZIP Code

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.3.

**Joe Baze CPA**
Name

**12900 Preston Rd., Suite 306**
Street

_____

**75230**
City                    State              ZIP Code

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1.

_____
Name

_____
Street

_____

City                    State              ZIP Code

**27.  Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | **12/31/2025** | **$24,924.55** |

Debtor **JS&A Fire and Safety LLC** _____   Case number *(if known)* _____
Name

**Name and address of the person who has possession of inventory records**

27.1. **Stacy Crane** _____
Name

_____
Street

_____
City                    State            ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| James Stofer | 3904 Walden Way Dallas, TX 75287 | President, Member | 100.00% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | , | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. James Stofer<br>Name<br>3904 Walden Way<br>Street<br><br>Dallas, TX 75287<br>City State ZIP Code | $10,576.92 | | Salary |

**Relationship to debtor**

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

Debtor **JS&A Fire and Safety LLC**               Case number *(if known)* _____
                Name

❑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

---

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **06/17/2026**
             MM/  DD/  YYYY

**X** **/s/ James R. Stofer**                  Printed name      **James R. Stofer**
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor      **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
❑ Yes

Fill in this information to identify the case:

Debtor name            **JS&A Fire and Safety LLC**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____

☐ Check if this is an
   amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an** *insider***, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1  34ED,LLC dba CENTEGIX<br>2120 Powers Ferry Rd SE, Suite 110<br>Atlanta, GA 30339 | | | | | | $298,210.14 |
| 2  Resideo LLC dba ADI Global Distribution<br>Avenida Palmira No 351. 5to Piso<br>San Antonio, TX 78295 | | Vendor | | | | $150,611.72 |
| 3  QFS Capital, LLC<br>7901 4th St. N STE:13070<br>Saint Petersburg, FL 33702 | | MCA | Contingent Disputed Unliquidated | | | $60,242.04 |
| 4  MC2 Energy Management Inc<br>400 Cameron Station Blvd., Unit 417<br>Alexandria, VA 22304 | | Vendor | | | | $57,290.42 |
| 5  EV Passport LLC<br>3130 Wilshire Blvd., Ste:340<br>Santa Monica, CA 90404 | | Vendor | | | | $40,871.89 |
| 6  Valencia Financial Corp.<br>325 S Biscayne Blvd.<br>Miami, FL 33131 | | | | | | $34,000.00 |
| 7  Anixter<br>2301 Patriot Blvd.<br>Glenview, IL 60026 | | Vendor | | | | $33,598.58 |
| 8  Cadence Bank<br>201 S. Spring St.<br>Tupelo, MS 38804-4811 | | Revolving Debt | | | | $30,423.00 |

Debtor    **JS&A Fire and Safety LLC**

Name

Case number *(if known)*

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Vertex Lending LLC<br><br>Vertex Lending LLC<br>Salt Lake City, UT 84101 | | MCA | Contingent Disputed Unliquidated | | | $19,500.00 |
| 10 | Southwest Disptatch<br><br>851 International Pkwy<br>Richardson, TX 75081 | | Vendor | | | | $14,829.50 |
| 11 | Sure Payroll\ Paychex<br><br>2350 Ravine Way Suite 100<br>Glenview, IL 60025 | | Vendor | | | | $14,594.00 |
| 12 | Bitty/MCA Servicing LLC<br><br>1855 Griffin Rd., STE A474<br>Dania, FL 33004 | | MCA | Contingent Disputed Unliquidated | | | $8,574.00 |
| 13 | ProActive Security Solutions<br><br>1300 NW 10th Ter<br>Newcastle, OK 73065 | | Vendor | | | | $6,632.10 |
| 14 | Pine Advance LLC<br><br>4601 Sheridan St., Ste:300<br>Hollywood, FL 33021 | | MCA | Contingent Disputed Unliquidated | | | $4,179.27 |
| 15 | American Fire Protection<br><br>10575 Vista Park Road<br>Dallas, TX 75238 | | Vendor | | | | $3,735.00 |
| 16 | Verkada<br><br>406 E 3rd Ave.,<br>San Mateo, CA 94401 | | Vendor | | | | $3,642.50 |
| 17 | The Interlocal Purchasing System(TIPS)<br><br>4845 US Hwy 271 N<br>Pittsburg, TX 75686 | | Vendor | | | | $2,084.29 |
| 18 | Radionix<br><br>130 Perinton Rkwy<br>Fairport, NY 14450 | | Vendor | | | | $1,793.60 |
| 19 | Baze & Company CPAs<br><br>12900 Preston Rd., #306<br>Dallas, TX 75230 | | Vendor | | | | $850.00 |
| 20 | Best Wire & Cable<br><br>1343 Exchange Dr.<br>Richardson, TX 75081 | | Vendor | | | | $834.00 |

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE: **JS&A Fire and Safety LLC**                                        CASE NO

                                                                          CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date    **06/17/2026**         Signature _____ **/s/ James R. Stofer** _____

                                                          James R. Stofer, President

34ED,LLC dba CENTEGIX
2120 Powers Ferry Rd SE, Suite 110
Atlanta, GA 30339

AG Adjustments, Ltd.
1 Huntington Quadrangle Ste. 4N15
Melville, NY 11747

Ally
PO Box 380902
Minneapolis, MN 55438

American Fire Protection
10575 Vista Park Road
Dallas, TX 75238

Anixter
2301 Patriot Blvd.
Glenview, IL 60026

Atlus Receivables
Management
PO Box 786
Metairie, LA 70004

Baze & Company CPAs
12900 Preston Rd., #306
Dallas, TX 75230

Best Wire & Cable
1343 Exchange Dr.
Richardson, TX 75081

Bitty/MCA Servicing LLC
1855 Griffin Rd., STE A474
Dania, FL 33004


Cadence Bank
201 S. Spring St.
Tupelo, MS 38804-4811


Cadence Bank/Huntington
Bank
2651 N. Harwood St. Ste. 150
Dallas, TX 75201


CESC-COVID EIDL SERVICE
CENTER
14925 Kingsport Rd
Fort Worth, TX 76155


Dallas County
C/O Linebarger, Goggan, et al.
3500 Maple Avenue Suite 800
Dallas, TX 75219


Dallas County Tax Office John
R. Ames
500 Elm Street, Suite 3300
Dallas, TX 75202


EV Passport LLC
3130 Wilshire Blvd., Ste:340
Santa Monica, CA 90404


Global Realty Resources
4501 Sunbelt Dr., Suite B
Addison, TX 75001

GoTo Communications,Inc
333 Summer Street, 5th Floor
Boston, MA 02210

Integrated Business
Applications, LLC
14580 E. Beltwood Pkwy, Ste:106
Dallas, TX 75244

Intergrated Business
Applications, LLC
14580 E. Beltwood Pkwy, Ste:106
Dallas, TX 75244

Internal Revenue Service
Mail Code 5027-DAL
1100 Commerce St. MS 5141 Room 1035
Dallas, TX 75242

James Stofer
3904 Walden Way
Dallas, TX 75287

James Stofer
3904 Walden Way
Dallas, TX 75287

MC2 Energy Management Inc
400 Cameron Station Blvd., Unit 417
Alexandria, VA 22304

Newtek Bank NA
200 S. Orange Ave, 1175
Orlando, FL 32801

Paul Stofer
1216 Excellence Dr.
Wylie, TX 75098

Paypal/Loan Builder - MRS
BPO, LLC
402 Lippincott Dr
Marlton, NJ 08053

Pine Advance LLC
4601 Sheridan St., Ste: 300
Hollywood, FL 33021

ProActive Security Solutions
1300 NW 10th Ter
Newcastle, OK 73065

QFS Capital, LLC
7901 4th St. N STE: 13070
Saint Petersburg, FL 33702

Radionix
130 Perinton Rkwy
Fairport, NY 14450

Resideo LLC dba ADI Global
Distribution
Avenida Palmira No 351. 5to Piso
San Antonio, TX 78295

Southwest Disptatch
851 International Pkwy
Richardson, TX 75081

Stacey Crane
7611 Rolling Acres Dr.
Dallas, TX 75248

James Stofer
3904 Walden Way
Dallas, TX 75287

Sure Payroll\ Paychex
2350 Ravine Way Suite 100
Glenview, IL 60025

Texas State
Comptroller/Texas Attorney
General
PO Box 149359
Austin, TX 78714-9359

The Interlocal Purchasing
System(TIPS)
4845 US Hwy 271 N
Pittsburg, TX 75686

The Leviton Law Firm, Ltd.
One Pierce Palce Ste. 725W
Itasca, IL 60143

Tucker, Albin, and Associates
1702 N. Collins Blvd., Ste 100
Richardson, TX 75080

Valencia Financial Corp.
325 S Biscayne Blvd.
Miami, FL 33131

Verkada
406 E 3rd Ave.,
San Mateo, CA 94401

Vertex Lending LLC
Vertex Lending LLC
Salt Lake City, UT 84101

Wagner, Falconer & Judd, LTD
100 South Fifth St., Suite 800
Minneapolis, MN 55402